UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KELLY JO STARK, | Civil No. C21-0177-SKV |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will affirm the Administrative Law Judge's conclusion that the claimant became disabled beginning May 1, 2018. For the period prior to May 1, 2018, the Administrative Law Judge will:

- Further develop the record, as necessary, including holding a new hearing to obtain vocational expert testimony to clarify the claimant's past relevant work and/or ask about other work the claimant may be capable of performing;
- Re-consider the claimant's subjective symptom evidence;
- Re-consider the claimant's residual functional capacity;

Page 1     ORDER - [C21-0177-SKV]

- Reevaluate the claimant's past relevant work; and
- Issue a new decision.

The parties agree that Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper presentation to this Court.

DATED this 4th day of October 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2495
Fax: (206) 615-2531
erin.highland@ssa.gov